1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9

10   RANDAL HOWARD LEE,

11                    Plaintiff,                     CASE NO. 3:17-CV-05337-DWC

12        v.                                         ORDER ON UNOPPOSED MOTION
                                                     FOR EQUAL ACCESS TO JUSTICE
13   NANCY A BERRYHILL, Acting                       ACT FEES
     Commissioner of Social Security,
14
                     Defendant.
15

16        This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

17   Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate

18   Judge, Dkt. 6. This matter is before the Court on Plaintiff's "Motion for EAJA Fees – 28 U.S.C.

19   § 2412." Dkt. 18.

20        Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's

21   motion (Dkt. 16), and the relevant record, the Court orders EAJA attorney's fees of $6,643.73

22   and expenses in the amount of $13.60 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*,

23   560 U.S. 586, 591–97 (2010).

24

1      The Acting Commissioner shall contact the Department of Treasury after this Order is

2 entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

3 Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the

4 government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly

5 to Charles W. Talbot, Esq., Plaintiff's counsel. If there is an offset, any remainder shall be made

6 payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard

7 practices, and the check shall be mailed to Plaintiff's counsel, Charles W. Talbot, Esq., at Talbot

8 and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

9      Dated this 14th day of February, 2018.

10

11 David W. Christel
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24